

# United States District Court
# Eastern District of California

| CODY VALJALO, ET AL., | Case Number: 2:23−CV−02390−WBS−AC |
|---|---|
| Plaintiff(s) | |
| V. | |
| AUSTIN TAYLOR, ET AL., | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **David Kaplan** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Cody Valjalo & Dylan Valjalo

On **10/10/2018** (date), I was admitted to practice and presently in good standing in the **Nevada** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/21/2024     Signature of Applicant: /s/ David Kaplan /s/

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David Kaplan |
| Law Firm Name: | Horizons Law and Consulting |
| Address: | 524 Broadway, 9th Floor |
| City: | New York   State: NY   Zip: 10012 |
| Phone Number w/Area Code: | (973) 219-3719 |
| City and State of Residence: | Las Vegas, Nevada |
| Primary E-mail Address: | dave@horizonslaw.io |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ryón Nixon |
| Law Firm Name: | Horizons Law and Consulting |
| Address: | 2211 Michelson Dr., Suite 900 |
| City: | Irvine   State: CA   Zip: 92612 |
| Phone Number w/Area Code: | (310) 415-4932   Bar #: SBN 295150 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE