UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CODY VALJALO and DYLAN VALJALO,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN TAYLOR and CLU LLC,<br><br>Defendants. | Case No.   2:23-cv-2390 WBS AC<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants **Austin Taylor and CLU LLC**:

Plaintiffs are awarded $450,242.91 ($403,897 in contract damages plus $46,527.00 in royalties.).

September 19, 2024                                             KEITH HOLLAND, CLERK

                                                                              By: /s/ A. Benson , Deputy Clerk